1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:08-md-1988 DMS-LSP<br>Case No. 3:09-cv-285 DMS-LSP |
| | **ORDER** |
| State of Indiana,      Plaintiff,<br>v.<br>Countrywide Financial Corporation, a Delaware Corporation, Countrywide Home Loans, Inc., a New York Corporation a/k/a America's Wholesale Lender, and John Does 1-20,      Defendants. | Judge:      Hon. Dana M. Sabraw |

1   Pursuant to Fed. R. Civ. P. 41(a)(2) and Local Rule 7.2, and in accordance with the Joint
2   Motion For Dismissal filed by Defendants Countrywide Financial Corporation, Countrywide
3   Home Loans, Inc. (collectively "Countrywide"), and Plaintiff State of Indiana ("Indiana") on
4   April 20, 2009, IT IS HEREBY ORDERED THAT this component action captioned as *State of
5   Indiana v. Countrywide Financial Corporation*, Case No. 3:09-cv-285-DMS-LSP, is dismissed as
6   to all claims and all parties without prejudice, without the award of costs, attorneys' fees or
7   expenses to Countrywide or Indiana, and with the parties waiving all rights to appeal.
8   IT IS SO ORDERED.

10  Dated: April 21, 2009

            THE HONORABLE DANA M. SABRAW
            United States District Judge

DC1:775726.1
LA2:883945.1